UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON PURISIMA,<br><br>                              Plaintiff,<br><br>-against-<br><br>U.S. COMMISSIONER OF SOCIAL SECURITY, ET AL.<br><br>                              Defendants. | 25-CV-4419 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 29, 2013, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Purisima v. Comm'r of Soc. Sec.*, ECF 1:13-CV-1068, 7 (LAP) (S.D.N.Y. May 29, 2013). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the May 29, 2013 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   June 3, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge